FILED
APR 12 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL LAWRENCE PACK, )
)
Plaintiff, )
)
v. ) Civil Action No. 1-18-CV-00541-UNA
)
UNITED STATES OF AMERICA, *et al.*, )
)
Defendants. )

## MEMORANDUM OPINION

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Rather than factual allegations to support a cognizable legal claim, plaintiff's complaint appears only to express plaintiff's apparent disapproval of the actions of the current President of

3

the United States. As drafted, the complaint fails to meet the minimum pleading standard set forth in Rule 8(a).

Furthermore, pursuant to plaintiff's complaint, he is attempting to bring a class action lawsuit. As a general rule applicable here, a pro se litigant can represent only himself or herself in federal court. See 28 U.S.C. § 1654; *Georgiades v. Martin-Trigona*, 729 F.2d 831, 834 (D.C. Cir. 1984). Additionally, Mr. Pack is the sole listed Plaintiff in this matter.

Therefore, the Court will grant the plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint. An Order consistent with this Memorandum Opinion is issued separately.

DATE: 4/11/18

_____
United States District Judge